

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00672-CV

**SAN ANTONIO VILLA DEL SOL HOMEOWNERS ASSOCIATION**,
Appellant

v.

Michael **MCCORMACK**, Michael Hopkins, Dora Alexander, and Diana Alaniz,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-11817
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: October 4, 2023

DISMISSED

Appellant moved to dismiss this appeal. Appellees have not objected to the motion. Appellant's motion is granted; this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f); *Caballero v. Heart of Tex. Pizza, L.L.C.*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.) (en banc) (per curiam).

PER CURIAM